UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 21-6021 (DEA) |
| | : | |
| v. | : | |
| | : | CONTINUANCE ORDER |
| JAMIL J. YASIN | : | |

This matter having come before the Court on the joint application of Rachael A. Honig, Acting United States Attorney for the District of New Jersey (by Ian D. Brater, Assistant U.S. Attorney), and defendant JAMIL J. YASIN (by Tim Anderson, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through October 4, 2021; and the Court having previously entered Standing Orders 20-02, 20-03, 20-09, 20-12, extensions of Standing Order 20-12, and Standing Order 21-04, continuing this and all other criminal matters in this district until June 1, 2021, in response to the national emergency created by COVID-19; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and no prior continuances having been entered; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1

(1)  The parties have entered into a plea agreement and are requesting additional time in which to schedule the plea hearing, which will render trial of this matter unnecessary;

(2)  In response to the national emergency created by COVID-19, the Chief Judge of this Court has entered Standing Orders 20-02, 20-03, 20-09, 20-12, extensions of Standing Order 20-12, and Standing Order 21-04, which are incorporated herein by reference;

(3)  The defendant has consented to the aforementioned continuance;

(4)  The grant of a continuance will likely conserve judicial resources; and

(5)  Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this  6th day of July, 2021,

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through October 4, 2021; and it is further

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

ORDERED that the period from the date this Order is signed through and including October 4, 2021 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

_____
Tim Anderson, Esq.
Counsel for Defendant

*s/ Ian D. Brater*
_____
Ian D. Brater
Assistant U.S. Attorney