# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　　　　　　　　　　　**Plaintiff,**<br><br>vs.<br><br>**JAMIL J. YASIN**<br><br>　　　　　　　　　　　**Defendant.** | CASE NO.: 3:21-MJ-06021-DEA<br><br>[~~PROPOSED~~] CONSENT ORDER<br>MODIFYING RELEASE CONDITIONS |

　　This matter being opened before the Court by Defendant, Jamil J. Yasin, through counsel, Tim Anderson, Esq., for an Order granting permission to travel to Norwood, New Jersey, on Saturday, December 25, 2021, with his Third-Party Custodian/fiancée, for a Christmas celebration with his Third-Party Custodian's family; and the United States Attorney for the District of New Jersey (Ian Brater, Esq., Assistant United States Attorney, appearing) having consented; and United States Pretrial Services (Jennifer Powers, United States Pretrial Officer) also having consented to this request for attendance at this holiday family event; and for good cause shown,

　　**IT IS** on this __15th__ day of December 2021,

　　**ORDERED** that the defendant may travel to Norwood, New Jersey, on Saturday, December 25, 2021, with his Third-Party Custodian, for a Christmas family celebration, between 1:00PM and 11:00PM [including travel time]; it is further

　　**ORDERED** that the defendant shall provide all travel details to Pretrial Services and the government at least three days prior to his travel date of December 25, 2021; it is further

　　**ORDERED** that the defendant must travel with this Third-Party Custodian; it is further

　　**ORDERED** that all other conditions of release set forth in the Court's Order for Release on Bail with Conditions, dated July 9, 2021, remain in full force and effect.

SO ORDERED.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

_____
Tim Anderson, Esq.
Counsel for Defendant

*s/ Ian D. Brater*
_____
Ian D. Brater
Assistant U.S. Attorney