UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>                              **Plaintiff,**<br>vs.<br><br>**JAMIL J. YASIN**<br><br>                              **Defendant.** | CASE NO.: 3:21-MJ-06021-DEA<br><br>[~~PROPOSED~~] ~~xxxxxxxxxx~~ **CONSENT ORDER MODIFYING RELEASE CONDITIONS** |

This matter being opened before the Court by Defendant, Jamil J. Yasin, through counsel, Tim Anderson, Esq., for an Order granting permission to attend a Valentine's Day dinner at a restaurant in South Orange, New Jersey, with his Third-Party custodian/fiancée on Monday, February 14, 2022; and the United States Attorney for the District of New Jersey (Ian Brater, Esq., Assistant United States Attorney, appearing) having consented; and United States Pretrial Services (Jennifer Powers, United States Pretrial Officer) specifically not consenting to Mr. Yasin attending social functions that are not a holiday or necessity at this time, but having no objection to Mr. Yasin making this request to the Court; and for good cause shown,

**IT IS** on this  14th   day of February 2022,

**ORDERED** that the defendant may travel from his home in East Orange, New Jersey, to a specified restaurant in South Orange, New Jersey, on Monday, February 14, 2022, with his Third-Party Custodian/fiancée, for a Valentine's Day dinner, between 5:00PM and 9:00PM [including travel time]; it is further

**ORDERED** that the defendant shall provide all travel details to Pretrial Services and the government prior to his travel date of February 14, 2022; it is further

**ORDERED** that the defendant must travel with his Third-Party Custodian; it is further

**ORDERED** that all other conditions of release set forth in the Court's Order for Release on Bail with Conditions, dated July 9, 2021, remain in full force and effect.

SO ORDERED.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

*s/ Ian D. Brater*
_____
Ian D. Brater
Assistant U.S. Attorney

_____
Tim Anderson, Esq.
Counsel for Defendant

-2-