UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>vs.<br><br>**JAMIL J. YASIN**<br><br>Defendant. | CASE NO.: 3:21-MJ-06021-DEA<br><br>[~~PROPOSED~~] CONSENT ORDER MODIFYING RELEASE CONDITIONS |

 This matter being opened before the Court by Defendant, Jamil J. Yasin, through counsel, Tim Anderson, Esq., for an Order granting permission to travel to Irvington, New Jersey, on Friday, February 25, 2022, with his Third-Party Custodian, to attend a funeral viewing of a family member, and for permission to travel to Hillside, New Jersey, following the viewing for the interment service; and the United States Attorney for the District of New Jersey (Ian Brater, Esq., Assistant United States Attorney, appearing) having consented; and United States Pretrial Services (Jennifer Powers, United States Pretrial Officer) also having consented to this request; and for good cause shown,

 **IT IS** on this  22nd  day of February 2022,

 **ORDERED** that the defendant may travel to Irvington, New Jersey, on Friday, February 25, 2022, with his Third-Party Custodian, to attend a funeral viewing of a family member, and to Hillside, New Jersey, following the viewing for the interment service, between 9:30AM and 1:00PM [including travel time]; it is further

 **ORDERED** that the defendant shall provide all travel details to Pretrial Services and the government prior to his travel date of February 25, 2022; it is further

 **ORDERED** that the defendant must travel with his Third-Party Custodian; it is further

 **ORDERED** that all other conditions of release set forth in the Court's Order for Release on Bail with Conditions, dated July 9, 2021, remain in full force and effect.

SO ORDERED.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

*s/ Ian D. Brater*
_____
Ian D. Brater
Assistant U.S. Attorney

_____
Tim Anderson, Esq.
Counsel for Defendant