## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>vs.<br><br>**JAMIL J. YASIN**<br><br>　　　　　　　　　　**Defendant.** | **CASE NO.: 3:21-MJ-06021-DEA**<br><br>**CONSENT ORDER MODIFYING RELEASE CONDITIONS** |

　　　This matter being opened before the Court by Defendant, Jamil J. Yasin, through counsel, Tim Anderson, Esq., for an Order granting permission to travel to Hoboken, New Jersey, on Tuesday, May 3, 2022, Thursday, May 5, 2022, and Friday, May 6, 2022, with his Third-Party Custodian/fiancée, to visit a family member who was recently admitted to the hospital; and the United States Attorney for the District of New Jersey (Ian Brater, Esq., Assistant United States Attorney, appearing) having consented; and United States Pretrial Services (David Hernandez, Senior United States Pretrial Officer) also having consented to this request; and for good cause shown,

　　　**IT IS** on this __3rd__ day of May, 2022,

　　　**ORDERED** that the defendant may travel to Hoboken, New Jersey, on Tuesday, May 3, 2022, Thursday, May 5, 2022, and Friday, May 6, 2022, with his Third-Party Custodian/fiancée, to visit a family member in the hospital between 11:00AM and 7:00PM [including travel time]; it is further

　　　**ORDERED** that the defendant shall provide all travel details to Pretrial Services and the government; it is further

　　　**ORDERED** that the defendant must travel with his Third-Party Custodian; it is further

　　　**ORDERED** that all other conditions of release set forth in the Court's Order for Release on Bail with Conditions, dated July 9, 2021, remain in full force and effect.

-2-

SO ORDERED.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

*s/ Ian D. Brater*
_____
Ian D. Brater
Assistant U.S. Attorney

_____
Tim Anderson, Esq.
Counsel for Defendant