## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>vs.<br><br>**JAMIL J. YASIN**<br><br>Defendant. | **CASE NO.: 3:21-MJ-06021-DEA**<br><br>**CONSENT ORDER MODIFYING RELEASE CONDITIONS** |

This matter being opened before the Court by Defendant, Jamil J. Yasin, through counsel, Tim Anderson, Esq., for an Order granting permission to travel to Newark, New Jersey, on Friday, May 13, 2022, with his Third-Party Custodian/fiancée, for a family gathering honoring his late aunt; and the United States Attorney for the District of New Jersey (Ian Brater, Esq., Assistant United States Attorney, appearing) having consented; and United States Pretrial Services (David Hernandez, Senior United States Pretrial Officer) also having consented to this request; and for good cause shown,

**IT IS** on this 13th day of May, 2022,

**ORDERED** that the defendant may travel to Newark, New Jersey, on Friday, May 13, 2022, with his Third-Party Custodian/fiancée, for a family gathering honoring his late aunt between 6:00PM and 9:00PM [including travel time]; it is further

**ORDERED** that the defendant shall provide all travel details to Pretrial Services and the government; it is further

**ORDERED** that the defendant must travel with his Third-Party Custodian; it is further

**ORDERED** that all other conditions of release set forth in the Court's Order for Release on Bail with Conditions, dated July 9, 2021, remain in full force and effect.

-2-

                                  SO ORDERED.

                                  _____
                                  HONORABLE DOUGLAS E. ARPERT
                                  United States Magistrate Judge

Form and entry consented to:

*s/ Ian D. Brater*
_____
Ian D. Brater
Assistant U.S. Attorney

_____
Tim Anderson, Esq.
Counsel for Defendant