## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.:  3:21-MJ-06021-DEA** |
| **Plaintiff,** | |
| **vs.** | **CONSENT ORDER MODIFYING RELEASE CONDITIONS** |
| **JAMIL J. YASIN** | |
| **Defendant.** | |

This matter being opened before the Court by Defendant, Jamil J. Yasin, through counsel, Tim Anderson, Esq., for an Order granting permission to travel to Newark, New Jersey, on Friday, May 20, 2022, with his Third-Party Custodian/fiancée, to attend a funeral viewing, service, and repast for a family member; for permission to travel to Hillside, New Jersey, following the viewing and service for the interment service; and for permission to attend a small gathering after the repast at his late family member's house in Newark, New Jersey; and the United States Attorney for the District of New Jersey (Ian Brater, Esq., Assistant United States Attorney, appearing) having consented; and United States Pretrial Services (David Hernandez, Senior United States Pretrial Services Officer) also having consented to this request; and for good cause shown,

**IT IS** on this __19th__ day of May 2022,

**ORDERED** that the defendant may: (1) travel to Newark, New Jersey, on Friday, May 20, 2022, with his Third-Party Custodian/fiancée, to attend a funeral viewing, service, and repast for a family member; (2) the defendant may travel to Hillside, New Jersey, following the viewing and service for the interment service; and, (3) the defendant may attend a small gathering after the repast at his late family member's house in Newark, New Jersey, between 8:45AM and 4:00PM [including travel time]; it is further

**ORDERED** that the defendant shall provide all travel details to Pretrial Services and the government prior to his travel date of May 20, 2022; it is further

**ORDERED** that the defendant must travel with his Third-Party Custodian; it is further

**ORDERED** that all other conditions of release set forth in the Court's Order for Release on Bail with Conditions, dated July 9, 2021, remain in full force and effect.

SO ORDERED.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:


*s/ Ian D. Brater*
_____
Ian D. Brater
Assistant U.S. Attorney


_____
Tim Anderson, Esq.
Counsel for Defendant