## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>vs.<br><br>**JAMIL J. YASIN**<br><br>　　　　　　　　　　**Defendant.** | **CASE NO.: 3:21-MJ-06021-DEA**<br><br>**CONSENT ORDER MODIFYING RELEASE CONDITIONS** |

　　　This matter being opened before the Court by Defendant, Jamil J. Yasin, through counsel, Tim Anderson, Esq., for an Order granting permission to: (1) travel to Moorestown, New Jersey, on Friday, June 10, 2022, with his Third-Party Custodian/fiancée, to attend a funeral viewing for his fiancée's family member; (2) for permission to travel to Moorestown, New Jersey, on Saturday, June 11, 2022, with his Third-Party Custodian/fiancée, to attend the funeral service; and (3) for permission to travel to Cinnaminson, New Jersey, following the funeral service on Saturday June 11, 2022, with his Third-Party Custodian/fiancée, for the interment service, repast, and a family gathering; and the United States Attorney for the District of New Jersey (Ian Brater, Esq., Assistant United States Attorney, appearing) having consented; and United States Pretrial Services (David Hernandez, Senior United States Pretrial Services Officer) also having consented to this request; and for good cause shown,

　　　**IT IS** on this 9th day of June 2022,

　　　**ORDERED** that the defendant may: (1) travel to Moorestown, New Jersey, on Friday, June 10, 2022, with his Third-Party Custodian/fiancée, to attend a funeral viewing for his fiancée's family member between 4:00PM and 10:00PM [including travel time]; and (2) the defendant may travel to Moorestown, New Jersey, and Cinnaminson, New Jersey, on Saturday, June 11, 2022, with his Third-Party Custodian/fiancée, to attend the funeral service, interment

service, repast, and a family gathering, between 7:00AM and 9:00PM [including travel time]; it is further

**ORDERED** that the defendant shall provide all travel details to Pretrial Services and the government prior to his travel dates of June 10, 2022, and June 11, 2022; it is further

**ORDERED** that the defendant must travel with his Third-Party Custodian; it is further

**ORDERED** that all other conditions of release set forth in the Court's Order for Release on Bail with Conditions, dated July 9, 2021, remain in full force and effect.

SO ORDERED.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

*s/ Ian D. Brater*
_____
Ian D. Brater
Assistant U.S. Attorney

_____
Tim Anderson, Esq.
Counsel for Defendant