## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>                          **Plaintiff,**<br><br>vs.<br><br>**JAMIL J. YASIN**<br><br>                          **Defendant.** | **CASE NO.: 3:21-MJ-06021-DEA**<br><br>**CONSENT ORDER MODIFYING RELEASE CONDITIONS** |

    This matter being opened before the Court by Defendant, Jamil J. Yasin, through counsel, Tim Anderson, Esq., for an Order granting permission to attend a birthday celebration breakfast at a restaurant in Livingston, New Jersey, on Thursday, July 7, 2022, with his Third-Party Custodian/fiancée, and for permission to travel to Mount Vernon, New York, following the breakfast for a family gathering; and the United States Attorney for the District of New Jersey (Ian Brater, Esq., Assistant United States Attorney, appearing) having consented; and United States Pretrial Services (David Hernandez, Senior United States Pretrial Services Officer) specifically not consenting to Mr. Yasin attending social functions that are not a holiday or necessity at this time, but having no objection to Mr. Yasin making this request to the Court; and for good cause shown,

    **IT IS** on this __6th__ day of July 2022,

    **ORDERED** that the defendant may travel from his home in East Orange, New Jersey, to a specified restaurant in Livingston, New Jersey, on Thursday, July 7, 2022, with his Third-Party Custodian/fiancée, for a birthday celebration breakfast, and to Mount Vernon, New York, following the breakfast for a family gathering, between 8:45AM and 11:00PM [including travel time]; it is further

    **ORDERED** that the defendant shall provide all travel details to Pretrial Services and the government prior to his travel date of July 7, 2022; it is further

**ORDERED** that the defendant must travel with his Third-Party Custodian; it is further

**ORDERED** that all other conditions of release set forth in the Court's Order for Release on Bail with Conditions, dated July 9, 2021, remain in full force and effect.

SO ORDERED.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

*s/ Ian D. Brater*
_____
Ian D. Brater
Assistant U.S. Attorney


_____
Tim Anderson, Esq.
Counsel for Defendant