# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>vs.<br><br>**JAMIL J. YASIN**<br><br>　　　　　　　　　　**Defendant.** | **CASE NO.: 3:21-MJ-06021-DEA**<br><br>**CONSENT ORDER MODIFYING RELEASE CONDITIONS** |

　　This matter being opened before the Court by Defendant, Jamil J. Yasin, through counsel, Tim Anderson, Esq., for an Order modifying the release conditions imposed on July 9, 2021, to remove Mr. Yasin from home detention and impose a daily curfew with hours to be determined by Pretrial Services; and the United States Attorney for the District of New Jersey (Ian Brater, Esq., Assistant United States Attorney, appearing) having consented; and United States Pretrial Services (David Hernandez, Senior United States Pretrial Services Officer) having also consented; and for good cause shown,

　　**IT IS** on this  22nd  day of September, 2022,

　　**ORDERED** that the Court's Order for Release on Bail with Conditions for defendant, JAMIL J. YASIN, dated July 9, 2021, is MODIFIED to remove Mr. Yasin from home detention; it is further

　　**ORDERED** that Mr. Yasin is subject to a daily curfew with hours to be determined by Pretrial Services.  Mr. Yasin will need to be home at all other times unless approved in advance by Pretrial Services; it is further

　　**ORDERED** that all other conditions of release set forth in the Court's Order for Release on Bail with Conditions, dated July 9, 2021, remain in full force and effect.

SO ORDERED.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

*s/ Ian D. Brater*
Ian D. Brater
Assistant U.S. Attorney

_____
Tim Anderson, Esq.
Counsel for Defendant