# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 21-6021 (DEA) |
| v. | : |
| JAMIL J. YASIN | : **ORDER MODIFYING CONDITIONS** |
| | : **OF PRETRIAL RELEASE** |

This matter having come before the Court on the Petition for Action on Conditions of Pretrial Release by U.S. Pretrial Services on December 6, 2022 and the motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Ian D. Brater, Assistant United States Attorney, appearing) based on the Defendant's failure to comply with the conditions of pretrial release; and the Court having heard and considered the arguments of the parties at a bail review hearing on December 7, 0222; and for the reasons set forth on the record and for good cause shown,

IT IS, on this 7th day of December, 2022,

ORDERED that the defendant's conditions of pretrial release are hereby temporarily modified to remove the condition of a curfew and include in its place the condition of home incarceration pending the next scheduled bail review hearing as set forth in the paragraph below; and

ORDERED that another bail review hearing in this matter is scheduled for Monday, December 12, 2022 at 10:00 a.m. for the Court to determine

whether any additional modifications or revocation of the defendant's conditions of pretrial release are warranted.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge