UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 21-6021 (DEA) |
| | : | |
| v. | : | |
| | : | CONTINUANCE ORDER |
| JAMIL J. YASIN | : | |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Ian D. Brater, Assistant U.S. Attorney), and defendant JAMIL J. YASIN (by Tim Anderson, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through April 5, 2023; and the Court having previously entered Standing Orders 20-02, 20-03, 20-09, 20-12, extensions of Standing Order 20-12, Standing Order 21-04, and extensions of Standing Order 21-04 in response to the national emergency created by COVID-19; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and the defendant, through his attorney, having consented to the continuance; and seven prior continuances having been granted by the Court; and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)  The parties have entered into a plea agreement and are requesting additional time in which to schedule the plea hearing, which will render trial of this matter unnecessary;

(2)  The defendant has consented to the aforementioned continuance;

(3)  The grant of a continuance will likely conserve judicial resources; and

(4)  Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this __5th__ day of January, 2023,

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through April 5, 2023; and it is further

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

ORDERED that the period from the date this Order is signed through and including April 5, 2023 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

/s/ Ian D. Brater
Ian D. Brater
Assistant United States Attorney

/s/ Eric A. Boden
Eric A. Boden
Attorney-in-Charge, Trenton Office

Tim Anderson, Esq.
Counsel for Defendant